UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.                    CRIMINAL ACTION NO. 2:09-00241

**DOUGLAS MILLS**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On August 29, 2019, the United States of America appeared by Stefan Hasselblad, Assistant United States Attorney, and the defendant, Douglas Mills, appeared in person and by his counsel, Tom Price, for a hearing on the petition seeking revocation of supervised release and amendments thereto submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a one-year (1) year term of supervised release in this action on March 8, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on December 15, 2017.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant committed violations of law in that he unlawfully possessed a controlled substance inasmuch as on August 20, 2018, and December 10, 2018, he tested positive for marijuana, and on October 24, 2018, he tested positive for marijuana and cocaine, and the defendant having admitted to the probation officer on each occasion that he had used the substance; (2) the defendant failed to report to the probation office on January 8, 2019, after being instructed on January 3, 2019, to report; (3) the defendant failed to provide two urine samples per month after the probation office made arrangements on August 20, 2018, with the court's contracted treatment provider and failed to do so for the following six months after which time his whereabouts were unknown; and (4) the defendant failed to receive permission to leave the Southern District of West Virginia to reside in Charlotte, North Carolina, where he had been residing since March of 2019 until he turned himself in on July 29, 2019; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release and amendments thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of **EIGHT (8) MONTHS**, with no further term of supervised release imposed.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: August 30, 2019

John T. Copenhaver, Jr.
Senior United States District Judge